SCPW-13-0003526

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

RICHARD BLAISDELL, Petitioner,

vs.

THE HONORABLE RHONDA A. NISHIMURA, Judge of the
Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI, Respondent.

———————————————————————————————

ORIGINAL PROCEEDING
(CIV. NO. 11-1-2008-09)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Richard Blaisdell's petition for a writ of mandamus directed to a judge, which was filed on September 24, 2013, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner can seek relief, as appropriate, in the circuit court and by way of an appeal from a final judgment. Petitioner, therefore, is not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39

(1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 7, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

